UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21358-CIV-ALTONAGA/O'Sullivan

**LILIAN SANTOS**,

    Plaintiff,

vs.

**ASHFORD UNIVERSITY, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Ashford University, LLC and Bridgepoint Education, Inc.'s Motion to Dismiss . . . ("Motion") [ECF No. 22], filed June 6, 2014. On June 18, 2014, the Court held a hearing on the Motion. (*See* [ECF No. 27]). For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1.    Defendants' Motion **[ECF No. 22]** is **GRANTED in part** and **DENIED in part**. Defendant, Bridgepoint Education, Inc. is **DISMISSED without prejudice**.

2.    The Order Setting Trial . . . [ECF No. 13] is modified as follows: The deadline for all motions to amend pleadings or join parties is **August 18, 2014**. All other deadlines remain unchanged.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of June, 2014.

                                                                        _____
                                                                        **CECILIA M. ALTONAGA**
                                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record