UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-21358-CMA

LILIAN SANTOS, individually,
    Plaintiff,

v.

ASHFORD UNIVERSITY, LLC, a foreign
limited liability company, and BRIDGEPOINT
EDUCATION, INC., a foreign corporation,
    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice.

Respectfully submitted this 16th day of July, 2014.

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | IVAN REICH, Esq. |
| *Attorney for Plaintiff* | GRAYROBINSON, P.A. |
| 20803 Biscayne Blvd., Ste 302 | *Counsel for Defendants* |
| Aventura, Florida 33180 | 401 E. Las Olas Boulevard, Suite 1850 |
| Telephone: (954) 454-5841 | Ft. Lauderdale, Florida 33301 |
| Facsimile: (954) 454-5844 | Telephone:(954) 761-8111 |
| blusskin@lusskinlaw.com | Facsimile:(954) 761-8112 |
| | |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ Ivan J. Reich, Esq. |
|     Bret L. Lusskin, Esq. |     Ivan J. Reich, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No. 778011 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those

counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069