UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-21358-CMA

LILIAN SANTOS, individually,
    Plaintiff,

v.

ASHFORD UNIVERSITY, LLC, a foreign
limited liability company, and BRIDGEPOINT
EDUCATION, INC., a foreign corporation,
    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come to be heard upon the stipulation of Plaintiff and Defendants and that all matters with respect to the captioned litigation between these parties has been amicably settled and resolved, the Court having reviewed the stipulation, and having reviewed the pleadings and being otherwise fully advised on these premises, it is hereby:

ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, with each side to bear their own costs and attorney's fees.

IT IS SO ORDERED this _____ day of _____, 2013.

                                                  _____
                                                  CECILIA M. ALTONAGA
                                                  United States District Court Judge
                                                  Southern District of Florida

Copies Furnished:

All Parties of Record.